**Order filed May 28, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00106-CR
_____

### JOE GARCIA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 177th District Court
Harris County, Texas
Trial Court Cause No. 1434158**

## O R D E R

The clerk's record was filed May 20, 2015. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's judgment.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before June 12, 2015, containing the trial court's judgment.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM